UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
              -v-                                                      :   18-CR-593 (PAE)
                                                                        :
ALLEN BROWN,                                                            :   SCHEDULING ORDER
                                                                        :
              Defendant.                                               :
                                                                        :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The Court schedules a telephonic conference in this case for **July 8, 2020** at **11:30 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer. To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

       SO ORDERED.

Dated: July 1, 2020
       New York, New York

                                                             *Paul A. Engelmayer*
                                                         PAUL A. ENGELMAYER
                                                         United States District Judge