UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                               :
:
        -v-                                                     :      18-CR-593 (PAE)
:
ALLEN BROWN,                                                            :      <u>SCHEDULING ORDER</u>
:
                    Defendant.                          :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The Court schedules a telephonic conference in this case for **October 20, 2020** at **11:00 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

       SO ORDERED.

Dated: October 15, 2020
       New York, New York

                                            PAUL A. ENGELMAYER
                                            United States District Judge