UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                -v-<br><br>ALLEN BROWN,<br><br>                                              Defendant. | 18-CR-593 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court **ORDERS** the defendant to self-surrender to the United States Marshal Service for this district no later than **2:00 p.m.** on **October 21, 2020**.

SO ORDERED.

                                                                  _____
                                                                           PAUL A. ENGELMAYER
                                                                           United States District Judge

Dated: October 20, 2020
            New York, New York