UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                                  :

UNITED STATES OF AMERICA,                    :

            -v-                                        :            18-CR-593 (PAE)

ALLEN BROWN,                               :            <u>SCHEDULING ORDER</u>

                Defendant.              :

------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The Court schedules a telephonic conference in this case for **November 12, 2020** at **12:00 p.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer. To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

       SO ORDERED.

Dated: November 4, 2020
       New York, New York

                                                       PAUL A. ENGELMAYER
                                                       United States District Judge