UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————x

UNITED STATES OF AMERICA

    v.

ALLEN BROWN

———————————————————————x

18-CR-593 (PAE)

ORDER

It is HEREBY ORDERED, that on January 18, 2021 at 12:00 noon the Bureau of Prisons shall release Allen Brown 85410-054 from its custody at the Metropolitan Detention Center 100-29th Street, Brooklyn, New York 11232.

The Clerk of Court is requested to terminate the motion at Dkt. No. 55.

SO ORDERED.

Dated: January   15 ,2021

                                             *Paul A. Engelmayer*
                                        Hon. Paul A. Engelmayer U.S.D.J.