UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                :
:
-v-                                                      :         18-CR-593 (PAE)
:
ALLEN BROWN,                                             :         SCHEDULING ORDER
:
:
Defendant.                                               :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

      The Court schedules a telephonic violation of supervised release conference in this case for **April 20, 2021** at **11:00 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.


      SO ORDERED.

      *Paul A. Engelmayer*
Dated: April 15, 2021                                   PAUL A. ENGELMAYER
      New York, New York                          United States District Judge