**Donald D. duBoulay**                                         **305 Broadway, Suite 602**
   Attorney at Law                                                      New York, NY 10007

Telephone: (212) 966-3970
Fax:      (212) 941-7108
E-mail:    dondubesq@aol.com

                                                                                                                April 19, 2021

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re: United States v. Allen Brown
            18 Cr. 593 (PAE)

Dear Judge Engelmayer:

      I write in advance of the hearing in this case scheduled for tomorrow April 20, 2021 to report that Allen Brown has been admitted into Kingsborough ATC, a 28-day drug detoxification facility located at 751 Lexington St. Brooklyn, New York.

      If successful, Allen will thereafter enter a residential rehabilitation facility for at least 6 months. This development was initiated by the drug counselor at the shelter that Allen has been residing in, who has made a personal commitment to track Allen through his recovery. I therefore respectfully request that the Court excuse Allen Brown's appearance at the status conference tomorrow April 20, 2021, so that his recovery may continue uninterrupted.

                                                            Respectfully submitted,
                                                                            /s/
                                                       Donald D. duBoulay
                                                      Counsel for Allen Brown
                                                      305 Broadway, Suite 602
                                                      New York, New York 10007

**GRANTED.** The conference will proceed, as scheduled, without the defendant present. To access the conference the parties should use the following dial in information:  888-363-4749, access code: 468-4906. The Clerk of Court is requested to terminate the motion at Dkt. No. 60.

                                                                                   4/19/2021
                    SO ORDERED.

                                                   PAUL A. ENGELMAYER
                                                   United States District Judge