UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ALLEN BROWN,

Defendant.

18-CR-593 (PAE)

<u>ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record of today's conference, the Court directs the Government and the defense to submit a joint status letter on **May 20, 2021**, reporting on the defendant's status and progress and setting out the parties' views as to next steps in this matter.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 20, 2021
        New York, New York