UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ALLEN BROWN,

Defendant.

18-CR-593 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has been informally notified by the Probation Department that the defendant

tested positive for marijuana and missed an outpatient session.  No violation has been noticed

based on these events.  The Court directs the Probation Department to provide a written update

to the Court regarding the defendant's compliance with his conditions of release six weeks

from today, i.e., on September 29, 2021, and earlier in the event that there are continued

violations of the conditions of release.

        SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: August 18, 2021
         New York, New York