UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                       :

UNITED STATES OF AMERICA,              :

            -v-                              :              18-CR-593 (PAE)

ALLEN BROWN,                              :              <u>SCHEDULING ORDER</u>

                        Defendant.            :

------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The Court schedules a telephonic violation of supervised release conference in this case for **October 8, 2021** at **9:30 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

       SO ORDERED.

Dated: September 29, 2021
       New York, New York

                                                                  *Paul A. Engelmayer*
                                                                 PAUL A. ENGELMAYER
                                                                United States District Judge